1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VINCENT ANTHONY CALLENDER,            No.  2:16-cv-0694 JAM AC P

12                 Plaintiff,

13         v.                               ORDER

14    J. RAMM, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

19    28 U.S.C. § 1915.  Pursuant to the court's request, plaintiff has filed a certified copy of his prison

20    trust account statement.  **However, the certificate portion of the in forma pauperis application**

21    **has not been filled out and signed by an authorized prison official.**  See 28 U.S.C. §

22    1915(a)(2).  Plaintiff will be provided another opportunity to submit a fully completed application

23    to proceed in forma pauperis.

24         In accordance with the above, IT IS HEREBY ORDERED that:

25         1. The Clerk of the Court shall provide plaintiff with another copy of the in forma

26    pauperis application used by this court; and

27    /////

28    /////

1

1      2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed

2  in forma pauperis application.  Plaintiff's failure to comply with this order will result in a

3  recommendation that this action be dismissed without prejudice.

4  DATED: May 2, 2016

5  _____
   ALLISON CLAIRE

6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28