UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. RAMM, et. al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-00694 JAM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 19, 2017, the court dismissed plaintiff's complaint (ECF No. 1) and afforded him thirty days to file an amended complaint. ECF No. 10. On June 8, 2017, plaintiff filed a motion for extension of time which seeks to extend the deadline for filing an amended pleading up to and including July 18, 2017. ECF No. 13. He claims that he has several other court cases pending and limited law library time. Id. at 1-2. Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 13) is granted. His amended complaint is due on July 18, 2017.

DATED: June 9, 2017

　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE