UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER, | No. 2:16-cv-00694 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. RAMM, et. al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 19, 2017, the court dismissed plaintiff's complaint and granted him leave to amend within thirty days. ECF No. 10. Plaintiff has since requested two extensions of time to submit his amended complaint (ECF Nos. 13, 15) and the court has granted both requests (ECF Nos. 14, 16). Plaintiff's amended complaint was due on August 21, 2017 (ECF No. 16) but, to date, he has failed to submit either a complaint or a third request for an extension of time.

Plaintiff shall have a final thirty days from the date of this order's entry to submit his amended complaint. If he fails to do so, the court will recommend that this action be dismissed without prejudice for failure to prosecute.

SO ORDERED.

DATED: August 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE