UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. RAMM, et al.,<br><br>    Defendants. | No. 2:16-cv-0694 JAM AC P<br><br>ORDER |

Plaintiff has filed a motion for extension of time to file and serve an opposition to defendants' November 9, 2018 motion for summary judgment. ECF No. 48. In support of the motion, plaintiff states that the prison in which he is housed will be on lockdown for three weeks due to an institution-wide search, and that as a result, he is uncertain precisely how his legal property will be stored until the search is completed. Id. at 1. Plaintiff also states that he will need to conduct legal research. See id. at 1. In addition, it appears that plaintiff's access to the prison law library has been limited due the recent holidays. See generally id. at 2.

In light of these facts, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 48) is GRANTED, and

////

////

////

2. Within sixty days of the date of this order, plaintiff shall file and serve an opposition to defendants' motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: January 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE